## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **EDGAR GALVAN PEREZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-945-R** |
| | ) | |
| **ROBERT CERNA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## JUDGMENT

In accordance with the Court's Order entered this date, the Report and Recommendation of Judge Maxfield [Doc. No. 13] is ADOPTED in part. The Petition for Writ of Habeas Corpus [Doc. No. 1] is GRANTED in part and Respondents are directed to provide Petitioner with an individualized custody determination before a neutral decisionmaker within seven days of the date of this order. Respondents shall certify their compliance by filing a status report.

ENTERED this 25th day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE